UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MATTHEW GALUNAS,

                Plaintiff,                14-cv-7846 (NSR)

    -against-                          OPINION AND ORDER

DR. DANA GAGE et al.,

                Defendants.
------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge:

On July 12, 2017,[1] this Court received Plaintiff's Motion for a Preliminary Injunction. This court also received Defendants' timely Opposition to Plaintiff's Motion for Preliminary Injunction dated August 8, 2017. The party seeking a preliminary injunction must demonstrate "that it will suffer irreparable harm absent injunctive relief and either (1) that it is likely to succeed on the merits of the action, or (2) that there are sufficiently serious questions going to the merits to make them a fair ground for litigation, provided that the balance of hardships tips decidedly in favor of the moving party." *Mullins v. City of New York*, 626 F.3d 47, 52–53 (2d Cir. 2010). Given Plaintiff's failure to meet this standard, Plaintiff's motion is denied.

Further, the Court directs Defendants to provide Plaintiff with a declaration, listing, to the extent Plaintiff seeks and Defendants have provided, medical records requested. The motion to compel is denied as moot.

---

[1] To the extent Plaintiff filed duplicate claims in ECF No. 41, they are denied.



Copies mailed/faxed 10/2/2017
Chambers of Nelson S. Román, U.S.D.J.

The Court respectfully directs the Clerk of the Court to terminate the motions at ECF Nos. 36, 41, and 43.

Dated: October 2, 2017
      White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge