UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   10/4/2021
```

MATTHEW GALUNAS,

                              Plaintiff,

        -against-

DANA GAGE, et al.,

                              Defendant.

14 CV 7846 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On June 16, 2021, the Court issued an Order to Show Cause directing Plaintiff Matthew Galunas to show cause in writing on or before July 16, 2021 why his claims against Defendants should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 59.) The Court's order was mailed to the Plaintiff at the address on the docket.  Plaintiff has not responded to the Order to Show Cause, or communicated with the Court since July of 2019.

Therefore, this case is dismissed without prejudice for want of prosecution. The Clerk of Court is directed to terminate this action, mail a copy of this order to *pro se* Plaintiff at the address on ECF, and show service on the docket.

Dated:    October 4, 2021                                    SO ORDERED:
          White Plains, New York

                                        _____
                                             NELSON S. ROMÁN
                                          United States District Judge